658-15

# ELECTRONIC RECORD

COA # 02-14-00064-CR      OFFENSE: 22.021

STYLE: Kevin D. Talkington v. The State of Texas      COUNTY: Tarrant

COA DISPOSITION: AFFIRM      TRIAL COURT: 213th District Court

DATE: 04/30/15      Publish: NO      TC CASE #: 1269829D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Kevin D. Talkington v. The State of Texas      CCA #: 658-15

_APPELLANT'S_ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 09/16/2015

JUDGE: Per Curiam

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**

# ELECTRONIC RECORD

COA # 04-14-00367-CR    OFFENSE: Murder

STYLE: Andres Alfredo Segovia v. The State of Texas    COUNTY: Bexar

COA DISPOSITION: Affirmed    TRIAL COURT: 399th District Court

DATE:04/29/2015    Publish: YES  TC CASE #: 2012CR8592

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: «Styie1» v. «Style2»    CCA #:

APPELLANT'S    Petition    CCA Disposition: 660-15

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE:

Refused    JUDGE:

DATE: 09/16/2015    SIGNED:          PC:

JUDGE: Per Curiam    PUBLISH:          DNP:

YEARY J. NOT PARTICIPATING

_____ MOTION FOR

REHEARING IN CCA IS:

JUDGE: